## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1871 <br> 07-MD-01871 <br><br> HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: | CIVIL ACTION |
| Gerald Rowley v. GlaxoSmithKline, LLC | No. 10-5934 |
| Samuel Ascioti v. GlaxoSmithKline, LLC | No. 10-6128 |
| Diane Blount v. GlaxoSmithKline, LLC | No. 10-6131 |
| Donald Lewis v. GlaxoSmithKline, LLC | No. 10-6137 |
| Clyde Pischner v. GlaxoSmithKline, LLC | No. 10-6142 |
| Daniel Rosebaro v. GlaxoSmithKline, LLC | No. 10-6143 |
| Gregory Vermilyea v. GlaxoSmithKline, LLC | No. 10-6144 |
| Paul Wyatt, II v. GlaxoSmithKline, LLC | No. 10-6146 |
| Aniello Murano v. GlaxoSmithKline, LLC | No. 10-6147 |
| Calvin Day v. GlaxoSmithKline, LLC | No. 10-7473 |
| Amjad Faheem v. GlaxoSmithKline, LLC | No. 11-695 |
| William Doss v. GlaxoSmithKline, LLC | No. 11-697 |
| Mary Diaz v. GlaxoSmithKline, LLC | No. 11-699 |
| Francesco D'Amico, Jr. v. GlaxoSmithKline, LLC | No. 11-704 |
| William Cottrell v. GlaxoSmithKline, LLC | No. 11-706 |
| John Cohen v. GlaxoSmithKline, LLC | No. 11-708 |
| Rand Briem v. GlaxoSmithKline, LLC | No. 11-709 |
| Donna Brazzell v. GlaxoSmithKline, LLC | No. 11-710 |
| Terry Borton v. GlaxoSmithKline, LLC | No. 11-711 |
| Wilfred Bertrand v. GlaxoSmithKline, LLC | No. 11-712 |
| Esther Tharp v. GlaxoSmithKline, LLC | No. 11-714 |
| Monica Puthumana v. GlaxoSmithKline, LLC | No. 11-715 |
| Jose Patino v. GlaxoSmithKline, LLC | No. 11-716 |
| Glenn Patin v. GlaxoSmithKline, LLC | No. 11-717 |
| Douglas Moseley v. GlaxoSmithKline, LLC | No. 11-718 |
| Jerry Mize v. GlaxoSmithKline, LLC | No. 11-720 |
| Ismael Medrano, Sr. v. GlaxoSmithKline, LLC | No. 11-721 |
| John McCusker, Sr. v. GlaxoSmithKline, LLC | No. 11-722 |
| David Lawter v. GlaxoSmithKline, LLC | No. 11-724 |
| James Lancaster, Jr. v. GlaxoSmithKline, LLC | No. 11-725 |
| Leo Jordan v. GlaxoSmithKline, LLC | No. 11-726 |
| Marcelean Jones v. GlaxoSmithKline, LLC | No. 11-727 |
| Deloris Jackson v. GlaxoSmithKline, LLC | No. 11-729 |
| Harriet Green v. GlaxoSmithKline, LLC | No. 11-731 |

| | | |
|---|---|---|
| Peter J. Garlock v. GlaxoSmithKline, LLC | : | No. 11-732 |
| Albert Wooldridge v. GlaxoSmithKline, LLC | : | No. 11-733 |
| Kerry Wilson v. GlaxoSmithKline, LLC | : | No. 11-734 |
| Barbara Wilson v. GlaxoSmithKline, LLC | : | No. 11-735 |
| Pamela Ward v. GlaxoSmithKline, LLC | : | No. 11-736 |
| Donna Tucker v. GlaxoSmithKline, LLC | : | No. 11-737 |
| Jack Summey v. GlaxoSmithKline, LLC | : | No. 11-738 |
| Fred Stewart v. GlaxoSmithKline, LLC | : | No. 11-739 |
| Daniel Southerland v. GlaxoSmithKline, LLC | : | No. 11-740 |
| Thomas Smith v. GlaxoSmithKline, LLC | : | No. 11-741 |
| Gerald Sipplen v. GlaxoSmithKline, LLC | : | No. 11-742 |
| Alan Simzyk v. GlaxoSmithKline, LLC | : | No. 11-743 |
| Robert Scott v. GlaxoSmithKline, LLC | : | No. 11-744 |
| Paula Winter v. GlaxoSmithKline, LLC | : | No. 11-746 |
| David Magidson v. GlaxoSmithKline, LLC | : | No. 11-938 |

## ORDER

**AND NOW**, this 14th day of October 2011, upon consideration of GSK's "Motion[s] for Partial Reconsideration of Court's Denial of GlaxoSmithKline's Motion[s] to Dismiss under the Pennsylvania Statute of Limitations," and the responses thereto, it is hereby **ORDERED** that the Motions are **DENIED**.

It is so **ORDERED**.

BY THE COURT:

**CYNTHIA M. RUFE, J.**